FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2021

No. 04-21-00311-CV

**IN THE INTEREST OF T.A.G., J.I.R.G., C.M.R.A., AND G.A. JR., MINOR CHILDREN**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01608
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights that is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id*.

Appellant's brief was originally due on September 27, 2021 and was not filed. On September 29, 2021, we ordered appellant's appellate attorney, Ms. Maria Garza, to file appellant's brief or a motion for extension of time by October 4, 2021. On October 4, 2021, Ms. Garza filed a motion requesting an extension of time until October 24, 2021 to file the brief. After consideration, we **GRANT** the motion and **ORDER** Ms. Garza to file appellant's brief **by October 25, 2021**. If the brief is not filed by such date, this appeal will be abated to the trial court for a hearing to determine: (1) whether counsel has abandoned this appeal; (2) if new appellate counsel should be appointed; and (3) whether sanctions should be imposed against Ms. Garza for failing to timely file appellant's brief.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court